■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN COPELAND, Appellant. [822 NYS2d 468]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered December 20, 2004, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's waiver of his right to appeal was valid, as it was made voluntarily, knowingly, and intelligently (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]; *People v Muniz*, 91 NY2d 570 [1998]) as a condition of the acceptance of his plea of guilty to attempted burglary in the second degree, in satisfaction of all crimes under the indictment (*see People v Lopez, supra* at 256; *People v Garcia*, 92 NY2d 869, 870 [1998]; *People v Lopez*, 71 NY2d 662, 666 [1988]), thus foreclosing review of his claim that his plea allocution was insufficient to establish the crime he pled guilty to.

In light of this determination, we need not reach the defendant's remaining contentions. Florio, J.P., Goldstein, Luciano and Lunn, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAYMARL CORMIER, Appellant. [822 NYS2d 468]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 28, 2002 (*People v Cormier*, 294 AD2d 593 [2002]), affirming a judgment of the Supreme Court, Kings County, rendered December 13, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Adams and Santucci, JJ., concur.